VERDICT ACCORDINGLY.

———— ❖ ————

## TAYLOR & HOOD vs. MORGAN.

THE defendants had obtained a judgment, and Alien enemy
execution had issued against the goods of the de- not heard, on
a motion to
fendant, who procured an injunction.   The plain- dissolve an
tiffs now moved to have it dissolved. The disso- injunction.
lution of it was refused, on the ground that, since
the injunction had been obtained, the plaintiffs,
who resided in Great Britain, had become *alien*
*enemies* by the late declaration of war between the

SPRING 1812. I. District.

TAYLOR & HOOD vs. MORGAN.

United States and the king of Great Britain. The court declined dissolving the injunction.

*Depeyster* for the plaintiffs. *Duncan* for the defendants.